THE MAYOR AND COUNCIL OF JERSEY CITY, RESPONDENT, v. BROOKLYN EASTERN DISTRICT TERMINAL, APPELLANT.

Argued March 14, 1913—Decided June 18, 1913.

On appeal from the Hudson Circuit Court.

For the plaintiff, *James J. Murphy* and *Warren Dixon.*

For the defendant, *Edwards & Smith* and *George Holmes.*

PER CURIAM.

For the reasons given in the opinion filed in the case of *Jersey City* v. *Washburn Bros. Co., ante p.* 719, the judgment in this case will be reversed to the end that a *venire de novo* may be awarded.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, TERHUNE, JJ.   13.